In re Denoux, Andre’ J. et al.; Washington, Theron J.; Williams, Robert P. Jr.; Booker, Christopher R.; Labeaud, Kurt; Matthews, Derrick A.; Haines, Christopher G.; Forriest, Lindy; Fuentes, Luis; Dickerson, David; Blackman, Richard W.; Blanks, Horace III; Taylor, Robert; Morgan, Lorenzo N.; Tabb, Maurice C.; Martin, Don; — Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. E, No. 2001-18955; to the Court of Appeal, Fourth Circuit, No. 2007-CA-0163.
Granted.